WILLIAM MCKENNA, Individually, and EMIL LUC, as President of Lathers Union, Local No. 38, Appellants, v. A. J. PARETTA CONTRACTING Co., INC., WALTER MATHEWS, as Secretary-Treasurer, and MICHAEL J. FINN, as Business Agent of Metallic Lathers Union, Local No. 46, Respondents.— Action for damages on an alleged contract for the furnishing of work, labor and services in connection with a lathing job; also for injunctive relief in favor of one union as against another union as a consequence of a dispute as to which union had jurisdiction over the doing of a certain type of lathing. Judgment for the defendants unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

HELEN MCKINNEY, Individually and as Administratrix, etc., of JOHN MCKINNEY, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondents.— Order denying plaintiff's motion for an order vacating dismissal of the complaint and the judgment entered thereon and restoring the action to the trial calendar, affirmed, with ten dollars costs and disbursements. In our opinion, after examination of the records of the testimony adduced upon the two former trials, plaintiff is without a meritorious cause of action. The medical testimony as to the cause of death is pure conjecture and discloses an admission that a condition of arteriosclerosis contributed thereto. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

LILLIAN F. MONAHAN, Appellant, v. MONAHAN EXPRESS Co. REALTY DEPARTMENT, ANNA F. KENNY, Individually and as Executrix, etc., of THOMAS MONAHAN and of the Estate of ELIZABETH AGNES MONAHAN, and NICHOLAS PULZONE, Respondents.— Order in so far as it denies plaintiff's motion to vacate the judgment and for a new trial on the ground of newly-discovered evidence, unanimously affirmed, without costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.